**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-01313-LTB-MJW

C. MONIQUE GREENE,

　　　　　Plaintiff,

v.

ROSS DRESS FOR LESS, INC.,

　　　　　Defendant.
_____

**ORDER OF DISMISSAL**
_____


　　　　　THIS MATTER having come before the Court on the Stipulation of Dismissal With

Prejudice (Doc 22 - filed December 12, 2007), and the Court being fully advised in the

premises, it is therefore

　　　　　ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　s/Lewis T. Babcock_____
　　　　　　　　　　　　　　　Lewis T. Babcock, Judge

DATED:   December 13, 2007